UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case No. 09-13645-WSS-13
SHEILA JANE WILLIAMS
    Debtor

| |
|---|
| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|     The Court will consider this objection without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your WRITTEN objection stating the specific ground or grounds on which your objection is based, electronically, with the Clerk of the Court.<br><br>    If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED. |

**OBJECTION TO CLAIM**

COMES NOW, JOHN C. MCALEER III, TRUSTEE, for the Southern District of Alabama, by and through counsel, and files this Objection to Claim. In support of this objection the Trustee states the following:

1. Although the claim was filed electronically as C & L SERVICE CORPORATION/SERVICER FOR HUD - ECF Claim #7 and supporting documents attached, no Proof of Claim form was attached.

2. Given that the Trustee is unable to pay the Claim as filed, this objection is due to be sustained.

WHEREFORE, based on the fact that the Claim cannot be paid as filed, the Trustee requests that this Objection be sustained. Further, the Trustee requests all other relief as is just and appropriate.

Dated: October 05, 2009                                                                /s/ JOHN C. MCALEER III, TRUSTEE
                                                                                                             JOHN C. MCALEER III, TRUSTEE
                                                                                                             Chapter 13 Trustee
                                                                                                             P. O. Box 1884
                                                                                                             Mobile, AL 36633

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case No. 09-13645-WSS-13
SHEILA JANE WILLIAMS
    Debtor

## CERTIFICATE OF SERVICE
### VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL

SHEILA JANE WILLIAMS
28180 LANDMARK AVE.
LOXLEY, AL 36551

EARL P. UNDERWOOD, JR
21 S. SECTION ST
FAIRHOPE, AL 36532

C & L SERVICE
CORPORATION/SERVICER FOR HUD
2488 E 81ST STREET, SUITE 700
TULSA, OK 74137

Dated: October 05, 2009

/s/ JOHN C. MCALEER III, TRUSTEE

JOHN C. MCALEER III, TRUSTEE
Chapter 13 Trustee
P. O. Box 1884
Mobile, AL 36633