# UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

| In the Matter of: | ) | |
|---|---|---|
| | ) | |
| SHEILA JANE WILLIAMS | ) | Case No.: 09-13645-WSS |
| SSN: XXX-XX-9678 | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

## RESPONSE TO DEBTOR'S OBJECTION TO
## CLAIM NUMBER 15 OF ASSET ACCEPTANCE , LLC

COMES NOW, Asset Acceptance, LLC (hereinafter referred to as "Asset Acceptance") and in response to Debtor, Sheila Jane Williams' (hereinafter "the debtor"), objection to claim number 15 of Asset Acceptance in the amount of $411.61, objects thereto and request that this Honorable Court set the debtor's objection for hearing so that Asset Acceptance may have an opportunity to defend its claim.

WHEREFORE, premises considered, Asset Acceptance request that this Honorable Court set the debtor's objection for hearing.

Paul K. Lavelle
Attorney for Asset Acceptance, LLC

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing the same in the U.S. Mail, postage pre-paid, and/or via ECF e-mail on this the 2nd day of **December, 2009**.

_____
Of Counsel

Earl P. Underwood, Jr.
Attorney at Law
21 South Section Street
Fairhope, AL 36532-2106

John C. McAleer, III
Chapter 13 Trustee
Post Office Box 1884
Mobile, AL 36633