UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| SHEILA JANE WILLIAMS | ) | Case No.: 09-13645-WSS |
| SSN: XXX-XX-9678 | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

### ASSET ACCEPTANCE, LLC'S OBJECTION AND MOTION TO QUASH DEBTOR, SHEILA JANE WILLIAMS' SUBPOENA

COMES NOW, Asset Acceptance, LLC (hereinafter referred to as "Asset Acceptance") and hereby files this its Objection and Motion to Quash the debtor, Sheila Jane Williams' (hereinafter "debtor") Subpoena to Asset Acceptance for production of a record of all of Christina McKendrick's notarial acts for the last five (5) years and says as follows:

1. On November 6, 2009, the debtor filed a subpoena for production of documents to Christina McKendrick, Bankruptcy Department, Asset Acceptance, LLC. A copy of said subpoena is attached hereto as Exhibit "A".

2. Asset Acceptance objects to debtor's subpoena and moves to quash the subpoena to the extent the subpoena requests documents and information which are overly broad as to time and subject matter, harassing, irrelevant, immaterial and are not reasonably calculated to lead to the discovery of admissible evidence.

WHEREFORE, premises considered, counsel for Asset Acceptance asks this Honorable Court to enter an order quashing debtor's subpoena and for such other, different or equitable relief to which the parties are entitled.

Respectfully submitted,

/s/ Paul K. Lavelle
Paul K. Lavelle
Attorney for Asset Acceptance, LLC

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing the same in the U.S. Mail, postage pre-paid, and/or via ECF e-mail on this the 3rd day of **December, 2009.**

/s/ Paul Lavelle
Of Counsel

Earl P. Underwood, Jr.
Attorney at Law
21 South Section Street
Fairhope, AL 36532-2106

John C. McAleer, III
Chapter 13 Trustee
Post Office Box 1884
Mobile, AL 36633