Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 09–13645
Chapter: 13
Judge: WILLIAM S. SHULMAN

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sheila Jane Williams
aka Shelia M Williams
28180 Landmark Ave.
Loxley, AL 36551

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 1/6/10

Time: 08:30 AM

Matter:

*27* – Motion to Quash Subpoena Filed by Asset Acceptance LLC Paul K. Lavelle (Attachments: # (1) Exhibit Subpoena) (Lavelle, Paul)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 12/3/09

          LEONARD N. MALDONADO
          CLERK OF COURT

          BY ANGIE JEMISON
          DEPUTY CLERK