**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

Sheila Jane Williams a/k/a Sheila M. Williams, )
    Debtor(s). )
) Bankruptcy Case No.: 09-13645-WSS-13
Chase Home Finance, LLC )
    Movant. )
)
Name of Creditor or Claimant, if Different from Movant )

**FACT SUMMARY FOR MOTION FOR RELIEF
FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES**

Date and Type of Loan/Credit Transaction:    June 13, 2005    and    Conventional

Type of Collateral:    Real Estate

Purchase Price:                                                                              Monthly Payment:   $784.52

Amount Financed:    $101,949.00            APR or Interest Rate:   6.00%

Term of Loan:                                                             months or   30   years

Payoff Amount:       (approximately)   $103,019.64    as of   12-17-09    (Date)

Value of Collateral and Basis:    $135,900.00    (Value) as of   12-21-09   (Date) and Baldwin County Tax Assessor (Basis)

Delinquent Pre-Petition Payments:
     What Month(s)?    April 09 – August 09
     Amount:    $4,951.96
     Claim Filed?    X    Yes or    No
     Date Claim Filed:    12-21-09

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan:   5

Delinquent Post-Petition Payments:
     What Month(s)?    October 09 – December 09
     Amount:    $2,361.06
     Claim Filed?    Yes or   X   No
     Date Claim Filed:

Number of Post-Petition Payments Received (Not How Applied):    1
Number of Post-Petition Payment(s) Held by Creditor, but Not Applied to Debt:    0
Number of Post-Petition Payment(s) Returned By Creditor to Debtor:    0

If Lease, Lease Expiration Date:    n/a
If Terminated, Lease Termination Date:    n/a

Insurer of Collateral:
Term of Insurance:                               (Expiration Date)

Prior Stay Order(s) Involving Movant Including Current Case:     Yes or   X   No
     If yes, give case number(s) and date(s) of order(s):
     Case No.:                   Date:
     Case No.:                   Date:

Date: December 21, 2009             Submitted By: /S/STEVEN J. SHAW
                                                                    STEVEN J. SHAW