### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA

RE:    SHEILA JANE WILLIAMS a/k/a         CHAPTER 13
        SHEILA M. WILLIAMS                  CASE NO. 09-13645-WSS-13

        DEBTOR.

---

## AFFIDAVIT

STATE OF ALABAMA    )

COUNTY OF MADISON   )

BEFORE ME, the undersigned, a Notary Public in and for said County and said State, personally appeared STEVEN J. SHAW who after having been first duly sworn, did depose and say as follows:

"My name is STEVEN J. SHAW and I am over the age of eighteen and a resident of Madison County, Alabama. I am an attorney at Stephens, Millirons, Harrison and Gammons. On December 21, 2009 I obtained the Fair Market Value for the property located at 28180 Landmark Avenue, Loxley, Alabama 3655108 from the Baldwin County Tax Assessor (Said Assessment is attached hereto as Exhibit "A"). Pursuant to the Tax Assessor's office, the Fair Market Value for 2009 is $135,900.00. The Debtor's schedules reflect a value of $120,000.00."

DATED this 21st day of December, 2009.

_____
Steven J. Shaw

SWORN TO and SUBSCRIBED before me on this the 21st day of December, 2009

_____
Meloney Loback
NOTARY PUBLIC
My Commission Expires: 3/28/12



Copyright 2000

# Property Appraisal Link

## BALDWIN COUNTY, AL

Current Date **12/21/2009**                                                      Tax Year **2009**

### OWNER INFORMATION

**PARCEL**     42-02-04-0-000-003.029     **PPIN** 244638   **TAX DIST**  02

**NAME**     WILLIAMS, SHELIA M

**ADDRESS**     28180 LANDMARK AVE

LOXLEY , AL 36551

**DEED TYPE**   IN   **BOOK**   0000                    **PAGE**   0899553

**PREVIOUS OWNER**     DEMPSEY'S DEVELOPMENT INC

**LAST DEED DATE** 6/13/2005

### DESCRIPTION

60' X 125.4' LOT 13 LANDMARK SUB SLIDE 2044-D SEC 4-T5S-R3E
(WD)

### PROPERTY INFORMATION

**PROPERTY ADDRESS**                    28180 LANDMARK AVE

**NEIGHBORHOOD**                    CENTRLBALD

**PROPERTY CLASS**                                                    **SUB CLASS**

**SUBDIVISION**     LANDMK  **SUB DESC**     LANDMARK SUB

**LOT**   13   **BLOCK**

**SECTION/TOWNSHIP/RANGE**     00-00 -00

**LOT DIMENSION**                                                              **ZONING**

### PROPERTY VALUES

**LAND:**                    35000     **CLASS 1:**               **TOTAL ACRES:**

**BUILDING:** 100900 **CLASS 2:** **TIMBER ACRES:**

========= **CLASS 3:** 135900

**TOTAL PARCEL VALUE:** 135900

## DETAIL INFORMATION

| TYPE | REF | METHOD | DESCRIPTION | LAND USE | TC | Hs | Pn | VALUE |
|------|-----|--------|-------------|----------|----|----|----|-------|
| LAND | 1 | BV BS-35000 | X | 1110 | 3 | Y | N | 35000 |
| BLDG | 1 | R 111 | SINGLE FAMILY RESIDENCE | | 3 | Y | N | 100900 |

View Tax Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

# EXHIBIT B