# United States Bankruptcy Court
## Southern District of Alabama

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sheila Jane Williams                                                        Case Number: 09–13645

Debtor,

## NOTICE OF HEARING ON RELIEF FROM STAY MOTION
## AND ORDER EXTENDING THE AUTOMATIC STAY

A hearing will be held in Courtroom No. 1 of the United States Bankruptcy Court, 201 St. Louis Street, Mobile, Alabama on:

Date:   1/20/10

Time:   08:30 AM

Matter: *33* – Motion for Relief from Stay . Fee $150 Filed by CHASE HOME FINANCE, LLC Steven J. Shaw (Shaw, Steven)

The hearing will be a final hearing unless the Court rules otherwise for cause. All affidavits or other pleadings shall be provided to all adverse parties three (3) days prior to the hearing.

It is ORDERED that the stay provided by 11 U.S.C.§ 362 will remain in effect as to this matter until a final order is entered.

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING angie_jemison@alsb.uscourts.gov . MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Date: 12/21/09

*William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE