UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

| | | |
|---|---|---|
| SHEILA JANE WILLIAMS | § | CHAPTER 13 BANKRUPTCY |
| | § | |
| Debtor. | § | CASE NO.: 09-13645 |

## CORRECTED REQUEST FOR WAGE ORDER

**COMES NOW** the Debtor, SHEILA JANE WILLIAMS, by and through her undersigned attorney, and requests that the payment of the debtors' Chapter 13 plan in the amount of $150 be deducted from her wages monthly. Her current employer is:

MARRIOT GRAND HOTEL
1 GRAND BLVD.
FAIRHOPE, AL 36532

**DATED** this the 5th day of January, 2010.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
Attorney for Debtor
21 South Section Street
Fairhope, AL 36532
(251) 990-5558 voice
(251) 990-0626 fax

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, the 5th day of January, 2010.:

| | |
|---|---|
| John C. McAleer, III | U. S. Bankruptcy Administrator |
| Standing Chapter 13 Trustee | Travis M. Bedsole, Jr. |
| PO Box 1884 | P. O. Box 3083 |
| Mobile, AL 36633 | Mobile, AL 36652-3083 |

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.